## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

VIAHART, LLC

      Plaintiff,

v.

DOES 1-54

      Defendants

Civil Action No. 6:18-cv-00604

Judge: Hon. Robert W. Schroeder, III

Magistrate: Hon. K. Nicole Mitchell

### ORDER

Pending before the Court is Plaintiff Viahart, LLC's Motion for Alternative Service of Process. Upon consideration of the foregoing, the record in this case, and all other required matters, it is hereby **ORDERED** that good cause exists for Plaintiff's delay in serving the Defendants, and that Plaintiff's diligence in attempting to serve the Defendants to-date satisfies Federal Rule of Civil Procedure 4(m) and the "flexible due diligence" standard employed by the Fifth Circuit. It is further **ORDERED** that Plaintiff may serve the Defendants via email according to Federal Rules of Civil Procedure 4(f)(3) and 4(e)(1), and according to Texas Rule of Civil Procedure 106(b)(2), as this would be reasonably calculated to provide the Defendants with notice of this lawsuit. Plaintiff's Motion for Alternative Service of Process must therefore be in all respects **GRANTED**.

    **IT IS SO ORDERED.**