| DOE | Merchant ID | Name | Store Link | Physical Address | Email Address | How Contact / Service Was Attempted | Contact / Service Result |
|---|---|---|---|---|---|---|---|
| 1 | 3881034 | N/A | http://www.aliexpress.com/store/3881034 | (No information received from Marketplace) | haixingche@outlook.com | Email | Email delivered and did not "bounce back" |
| 2 | 2787219 | N/A | http://www.aliexpress.com/store/2787219 | (No information received from Marketplace) | cdcdkj001@163.com | Email | Email delivered and did not "bounce back" |
| 3 | 4425070 | N/A | http://www.aliexpress.com/store/4425070 | (No information received from Marketplace) | miji2018smt@outlook.com | Email | Email delivered and did not "bounce back" |
| 4 | AJYNYA8630I9M | He GangPeng | https://www.amazon.com/s?i=merchant-items&me=AJYNYA8630I9M | 902 Augusta Rd., Red Oak, TX, 75154, US | easykan@outlook.com | US Process Server, and Email | Email delivered and did not "bounce back" |
| 5 | A20Z3ELGQABZSB | Susan | https://www.amazon.com/s?i=merchant-items&me=A20Z3ELGQABZSB | 1286 Room, The east side business building, Minzhi Avenue, Long Hua New District, ShenZhen, GuangDong, 518131, China | susan.yangyang@msn.cn | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 6 | A2Z93L6LNLURIS | Shi Jiandong | https://www.amazon.com/s?i=merchant-items&me=A2Z93L6LNLURIS | Xiangshanqu, Tiexisili 35 Dong, 301shi Guilin, Guangxi, 541002, China | europax@163.com | Email | Replied to email |
| 7 | A2AD91R287398F | Xiaoxiaobing | https://www.amazon.com/s?i=merchant-items&me=A2AD91R287398F | Liyuan Road, Huaxia Store, Putian, Fujian, 351100, China | huniannian@yahoo.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 8 | A313B60UMAGO78 | N/A | https://www.amazon.com/s?i=merchant-items&me=A313B60UMAGO78 | 1206, Yongxiangyuan, Building 49 Hekan Village 1 Alley, Shenzhen, Guangdong, 518000, China | chaogecnguo@gmail.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 9 | A3J80Y0PWCN0BE | Barron Liu | https://www.amazon.com/s?i=merchant-items&me=A3J80Y0PWCN0BE | 9900-E Greenbelt RD Unit 190 Lanham, MD, 20706, US | admin@favtoyisland.com | Email | Email delivered and did not "bounce back" |
| 10 | A35U19W8PIKVKO | Hu Qi Bo | https://www.amazon.com/s?i=merchant-items&me=A35U19W8PIKVKO | 9346 Williams Glen Cv., Germantown, TN, 38139, US | 491749025@qq.com | US Process Server, and Email | Replied to email |
| 11 | A1QMF154JCVB2 | Zheng Honglie | https://www.amazon.com/s?i=merchant-items&me=A1QMF154JCVB2 | ChaoHuiFeng Commerce Plz, Fl 7, RM 202 GongHe Gardon, DongHuanYiLu Rd ShenZhen, GuangDong, 518000, China | ekatedy@hotmail.com | Email | Email delivered and did not "bounce back" |
| 12 | A18VWAUVNOAE1 | Valeriy Shershnyov | https://www.amazon.com/s?i=merchant-items&me=A18VWAUVNOAE1 | 807 Airport Access Road – Unit D Receiving Dept. Linda Sorna, Traverse City, MI, 49686, US | alteroxity@gmail.com | US Process Server, and Email | Email delivered and did not "bounce back" |
| 13 | A3A8WOQ3UNIYPT | Chen Jian | https://www.amazon.com/s?i=merchant-items&me=A3A8WOQ3UNIYPT | 1460 S Archibald Ave, Ontario, CA, 91761, US | zhongchuang@coolstrack.com | US Process Server, and Email | Email delivered and did not "bounce back" |
| 14 | A74ML93UP6MZS | Zhou Aixia | https://www.amazon.com/s?i=merchant-items&me=A74ML93UP6MZS | San he Kou Zhen Ma Wang He Cun Zhou Jia Xia Yuan ma cheng, hu bei, 438326, China | zhouaixia@yahoo.com ywbj17046835441@163.com | Email | Email delivered and did not "bounce back" |
| 15 | A2AFIEYVUKKTLV | Lin Zhi Ming | https://www.amazon.com/s?i=merchant-items&me=A2AFIEYVUKKTLV | G-101,Building G,Xin Ji Di Ke Ji Chuang Yi Chan Ye Yuan Bei Xin Ji Road,Nan Cheng District Dong Guan, GuangDong, 523000, China | dfgadfgad@outlook.com | Email | Email delivered and did not "bounce back" |
| 16 | A2KVLA8D0TL7N | Yang | https://www.amazon.com/s?i=merchant-items&me=A2KVLA8D0TL7N | 22 Qixiangtai lu Tianjin, Tianjin, 300070, China | pigflytech@gmail.com | Email | Email delivered and did not "bounce back" |
| 17 | A3AWH3ZFR0Q9C9 | Jenny | https://www.amazon.com/s?i=merchant-items&me=A3AWH3ZFR0Q9C9 | 3 Autumn Drive Oxford, OH, 45056, US | shadowe99@163.com | Email | Replied to email |
| 18 | A2XWI8EMDNSLFT | N/A | https://www.amazon.com/s?i=merchant-items&me=A2XWI8EMDNSLFT | Nanshan District, Shekou Street Wan Xia Old Village 6, Lane 4, No. 3 601 Shenzhen, Guangdong, 518000, China | angelkaylachen@sina.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 19 | A1S8P6QXTTYCQC | Deng Qiu Ju | https://www.amazon.com/s?i=merchant-items&me=A1S8P6QXTTYCQC | 7626 Miramar Road, Suite 3200, San Diego, CA, 92126 US | flowerdeng2015@gmail.com | US Process Server, and Email | Email delivered and did not "bounce back" |
| 20 | A2IRM62S1ETSDC | Wang Yadi | https://www.amazon.com/s?i=merchant-items&me=A2IRM62S1ETSDC | Jianshexilubeice, Fudalunance, Taihuafudajinjie,10-3HAO Wuyixian, Hebeisheng, 053400, China | CHENABLSELL1@163.com | FedEx Signature Envelope, and Email | Replied to email |
| 21 | A35H2YRY17URQF | Romirus | https://www.amazon.com/s?i=merchant-items&me=A35H2YRY17URQF | 4504 10 Street NE, C/O NDS392 Calgary, Alberta, T2E 6K3, Canada | info@romirus.com service@romirus.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 22 | A7P0OR0M98FB | Mofa | https://www.amazon.com/s?i=merchant-items&me=A7P0OR0M98FB | 广东省中山市三乡镇白石环村新兴街7号2楼 - 中山市, 广东省, 528463, China | sales@mofa.com.hk | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 23 | A1BZXWEBKB6Q1K | Xianhu Xu | https://www.amazon.com/s?i=merchant-items&me=A1BZXWEBKB6Q1K | Ganzh Street in Minhou County 301, Building 9, Haowangxintiandi Fuzhou, Fujian, 350002, China | 245425645@qq.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 24 | A1U4TQ5Y6BJK3P | Che Haixing | https://www.amazon.com/s?i=merchant-items&me=A1U4TQ5Y6BJK3P | West 2nd Flr. 809 Blck. Sungang Storage, Bao'an North Rd. Shenzhen, GD, 518000, China | haixingche@outlook.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 25 | A1QJIV4F6VC9SS | Huizi Xiu | https://www.amazon.com/s?i=merchant-items&me=A1QJIV4F6VC9SS | Hefei Chuomu E-commerce Co., Ltd. Dongfang Street 2369, Xinzhan District, Hefei Anhui 230012, China | 15905172331@sina.cn | Email | Email delivered and did not "bounce back" |
| 27 | A3VXTGZFH66VS0 | N/A | https://www.amazon.com/s?i=merchant-items&me=A3VXTGZFH66VS0 | Dongou Street, Oubei Town, Yongjia County Wenzhou, Zhejiang, 325105, China | sales1@bwontoys.com | Email | Email delivered and did not "bounce back" |
| 28 | A2LWM8PXEE9AA | Benjamin Chen | https://www.amazon.com/s?i=merchant-items&me=A2LWM8PXEE9AA | 27 Zhengdongzibian 3401 Haozibian Haizhuqu Xingangdonglu 51 Hao Guangzhoushi, Guangdongsheng, 510000, China | gzsfmy@yahoo.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 29 | A3IOKUU6GOY6GO | Vinvin Zhu | https://www.amazon.com/s?i=merchant-items&me=A3IOKUU6GOY6GO | 4225 Phil Niekro Parkway, Suite 102, Norcross, GA, 30093, US | zhuqunyun153@126.com | US Process Server, and Email | Email delivered and did not "bounce back" |
| 30 | ATUGN1QJLNG5V | Tanjun | https://www.amazon.com/s?i=merchant-items&me=ATUGN1QJLNG5V | 4511 W LYNNHURST DR PEORIA, IL, 61615-2336, US | tanjun201507@outlook.com | Email | Email delivered and did not "bounce back" |
| 31 | A1SMTP2TAXAHY2 | Xiaoni Huang | https://www.amazon.com/s?i=merchant-items&me=A1SMTP2TAXAHY2 | 2 W. Legrand Howell, MI, 48843, US | e906508@163.com | Email | Email delivered and did not "bounce back" |
| 33 | greenshop333 | 分泉 邱 分泉 邱 | https://www.ebay.com/usr/greenshop333 | Da Yuan Industry, Ping Shan Village Xi Li, Nan Shan District, Shen Zhen       广东省  518000 China | greenshop201318@gmail.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 34 | ibereplus | Isaac Berez | https://www.ebay.com/usr/ibereplus | 10705 NE 68TH Ave., Vancouver, WA, 98686, US | isaacfastracer@gmail.com | US Process Server, and Email | Email delivered and did not "bounce back" |
| 36 | kairuigeli_2007 | 巧莉 冯 | https://www.ebay.com/usr/kairuigeli_2007 | 淡水白云6路中信新城C区别墅3001房 | kairuigeli2007@163.com | Email | Email delivered and did not "bounce back" |
| 37 | Sellerfromtheheard | Tadas Liaukevicius | https://www.ebay.com/usr/Sellerfromtheheard | sudervės g. 1D vilnius Avižieniai 14184 Lithuania | tadasliaukevicius@gmail.com | Email | Email delivered and did not "bounce back" |
| 38 | heihutech | Hualan Lv | https://www.ebay.com/usr/heihutech | 深圳市龙岗区坂田街道布龙公路里浦街7-1号四楼406 深圳 廣東省 518000 China | foxforeb@hotmail.com | Email | Email delivered and did not "bounce back" |
| 39 | lynl2010 | 亮亮 牛 | https://www.ebay.com/usr/lynl2010 | 深圳宝安区龙华民治沙元埔大厦 1303室 Shenzhen 广东省 518109 China | 2010lynl@gmail.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 42 | Uncle Panda | Shenzhenshi Yishitongda Trade Co., Ltd. | https://www.joom.com/en/stores/15035486923594889 34-72-3-26193-235160225 | Room401, No.14 Building, Dayuan Gongye Qu, 1st Pingshan Road, Xili, Shenzhen, Guangdong, 518000, China | 389432637@qq.com | FedEx Signature Envelope, and Email | Replied to email |
| 43 | OQ Fashion | Yiwu Ouqing E-Commerce Co., Ltd | https://www.joom.com/en/stores/5ae2c4d11436d40394328d3b | Room 401,No.102, Qingxidong Road, Yiwu, Jinhua, 322000, China | oqjoom@163.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 44 | ExcellentE | Beijing Wanpinghui Network Technology Co., Ltd | https://www.joom.com/en/stores/15057043219625078 76-39-3-26193-3884289501 | Rm2205, Unit 2F/19, Building 4, No.201, Tangli Road, Chaoyang District, Beijing, 100012, China | Wonderful-JM@outlook.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 45 | http://www.klikko.net/product/brain-flakes-interlocking-plasticbuilding-blocks/ | N/A | https://zjkaseng.en.alibaba.com/?spm=a2700.details.cordpanyb.4.74cd6f73qrrqib | Zhenxi Industrial Zone, Caozhai Jindong District, 321000, Jinhua City, Zhejiang, China | sale04@365toys.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 46 | 16451179 | Zhipeng Liu | https://tophatter.com/users/16451179 | Rendong 148-1th Liubancun, Xiamenzhen, Zhangpu Zhangzhou, Fujian, 363200, China | cwdklq23@outlook.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 49 | 58bf441d22353f15a68eb50a | 玉婷 陈 | https://www.wish.com/merchant/58bf441d22353f15a68eb50a | 广东省佛山市顺德区乐从镇北沙工业区24号二楼202, 广东省佛山市顺德区乐从镇北沙工业区24号二楼202, 佛山, 广东, 5283000, China | 364409163@qq.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 50 | 580efffcf6978b4fe5a4a428 | 温朴 莫 | https://www.wish.com/merchant/580efffcf6978b4fe5a4a428 | Room Minzhi, Road 502, South Third District 7, Shenzhen, Guangdong Province, 518131, China | 346919445@qq.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 51 | 595d0bda7fe241085e8add7b | 维隆 赵 | https://www.wish.com/merchant/595d0bda7fe241085e8add7b | 211 NW Gina Way, Beaverton, OR, 97006, US | 13299508974@163.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 52 | 58a1bcf85779387d5d5ee71e | 祥法 曾 | https://www.wish.com/merchant/58a1bcf85779387d5d5ee71e | Longgang District, Shenzhen South Union Street community forward to the new village Zhen Yan Road, 5th Floor, Industrial Area 8, Shenzhen, Guangdong Province, 518000, China | 3297047239@qq.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 53 | 57304c49aae1ab5afd97089d | 艳 陈 | https://www.wish.com/merchant/57304c49aae1ab5afd97089d | West Village street Lang 95, Room 023 Floor, Yongkang, Zhejiang, 321300, China | carina9125@hotmail.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 54 | BOHS | N/A | https://www.aliexpress.com/store/924764 | (No information received from Marketplace) | 2656837736@qq.com | Email | Email delivered and did not "bounce back" |
| 55 | AB7DGX0ESP337 | Liu Juan | https://www.amazon.com/s?i=merchant-items&me=AB7DGX0ESP337 | Room 407 ,68th Building, Shayuanpu Village Minzhi Road, Longhua District Shenzhen, Guangdong, 518000, China | funey@foxmail.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 56 | A6FF6F0ANB4MQ | Aszune | https://www.amazon.com/s?i=merchant-items&me=A6FF6F0ANB4MQ | Tanhuashan Gongye Area, China Mobile Co. Ltd. Quanzhou, Fujian, 362600, China | tushuang2015@outlook.com | Email | Email delivered and did not "bounce back" |
| 57 | A1XGKP3JJOJ5IF | N/A | https://www.amazon.com/s?i=merchant-items&me=A1XGKP3JJOJ5IF | Sanxingzhen Shuangyancun 2 Zu Shuang Liu Xian, Si Chuan Sheng, 610200, China | fullsexymall@outlook.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 58 | A1OH8S80XODAC | Thomas | https://www.amazon.com/s?i=merchant-items&me=A1OH8S80XODAC | 205 Park Ave Rhodhiss, NC, 28667, US | Thomas254Lance@outlook.com | US Process Server, and Email | Email delivered and did not "bounce back" |
| 59 | A2PNXE4GXG3N4O | Yinfengxu | https://www.amazon.com/s?i=merchant-items&me=A2PNXE4GXG3N4O | Fengtang, Fucun Jindong Jinhua, Zhejiang, 321000, China | jinhuamike@sina.com | FedEx Signature Envelope, and Email | Email delivered and did not "bounce back" |
| 60 | A1XTNY8OCSPFGO | Xu Wang Xiang | https://www.amazon.com/s?i=merchant-items&me=A1XTNY8OCSPFGO | Bantianjiedao Shibeilu 11hao Dezhong Gongyeyuan B-211 Dezhong Gongyeyuan B-211 Shenzhen, Guangdong, 518000, China | oceancitycs02@gmail.com | Email | Email delivered and did not "bounce back" |
| 61 | A1XTNY8OCSPFGO A27VYNL3YSM453 | N/A | https://www.amazon.com/s?i=merchant-items&me=A1XTNY8OCSPFGO https://www.amazon.com/s?i=merchant-items&me=A27VYNL3YSM453 | (No information received from Marketplace) | oceancitycs02@gmail.com | Email | Email delivered and did not "bounce back" |
| 64 | A1MCS48KTF67M6 | QI Yun Yun | https://www.amazon.com/s?i=merchant-items&me=A1MCS48KTF67M6 | 15364 Valley Blvd., City of Industry, CA, 91746-3336, US | lyggo3us@hotmail.com | US Process Server, and Email | Email delivered and did not "bounce back" |
| 67 | A2AD91R287398F | N/A | https://www.amazon.com/s?i=merchant-items&me=A2AD91R287398F | (No information received from Marketplace) | huniannian@yahoo.com | Email | Email delivered and did not "bounce back" |
| 68 | A6MI6X9RLEDV0 | Tang Qian | https://www.amazon.com/s?i=merchant-items&me=A6MI6X9RLEDV0 | Dezhong Gongyeyuan B Dong 2 Lou 203 Shi Longgangqu Bantian Jiedao Shibeilu 11 Hao Shenzhen, Guangdong, 518000, China | meiyadiqian@126.com | Email | Email delivered and did not "bounce back" |
| 72 | A2C1F5PB8ARUFC | Man Xiang | https://www.amazon.com/s?i=merchant-items&me=A2C1F5PB8ARUFC | 560 Copper Dr Newport, DE, 19804, US | manxiang2013@gmail.com | US Process Server, and Email | Email delivered and did not "bounce back" |
| 73 | A3SC8AROK5R4F3 | Guangwu Li | https://www.amazon.com/s?i=merchant-items&me=A3SC8AROK5R4F3 | 2425 Blueridge Ave., Apt. 204, Wheaton, MD, 20902-4561, US | longtengli1028@outlook.com | US Process Server, and Email | Email delivered and did not "bounce back" |