**EXHIBIT C**

| Delivery Status | DOE # | | Name | Service | Date Shipped | Tracking # |
|---|---|---|---|---|---|---|
| Refused | #59# | FedEx | yinfengxu | FedEx International | 01/18/2020 | 777535146551 |
| Refused | #57# | FedEx | Gogogu Limit / F | FedEx International | 01/18/2020 | 777535145257 |
| Refused | #45# | FedEx | Joyce Wang | FedEx International | 01/18/2020 | 777535143872 |
| Incorrect address | #7# | FedEx | xiaoxiaobing | FedEx International | 01/18/2020 | 777535142865 |
| Customer not available or business closed | #5# | FedEx | Susan | FedEx International | 01/18/2020 | 777535141104 |
| Incorrect address | #44# | FedEx | ExcellentE | FedEx International | 01/18/2020 | 777535141310 |
| Refused | #28# | FedEx | Benjamin Chen | FedEx International | 01/18/2020 | 777535140781 |
| Delivered | #21# | FedEx | ROMIRUS | FedEx International | 01/18/2020 | 777535140965 |
| Incorrect address | #39# | FedEx | Liangliang Cow/ | FedEx International | 01/18/2020 | 777535141240 |
| Incorrect address - Street name/number | #49# | FedEx | Yu Ting Chen 玉 | FedEx International | 01/18/2020 | 777535140715 |
| Incorrect address - Apartment/Suite number | #8# | FedEx | ZZQ®-US | FedEx International | 01/18/2020 | 777535140288 |
| Refused | #53# | FedEx | Yan Chen / 艳 陈 | FedEx International | 01/18/2020 | 777535139273 |
| Incorrect address | #23# | FedEx | Xianhu Xu | FedEx International | 01/18/2020 | 777535139880 |
| Business closed - No delivery attempt | #46# | FedEx | Zhipeng Liu | FedEx International | 01/18/2020 | 777535139582 |
| Incorrect address - Recipient moved | #42# | FedEx | Uncle Panda | FedEx International | 01/18/2020 | 777535139479 |
| Customer not available or business closed | #50# | FedEx | Poker 温朴 莫 | FedEx International | 01/18/2020 | 777535139159 |
| Incorrect address | #18# | FedEx | u-laner | FedEx International | 01/18/2020 | 777535138509 |
| Incorrect address - Recipient moved | #33# | FedEx | 分泉 邱 / Fenqua | FedEx International | 01/18/2020 | 777535137752 |
| Incorrect address | #52# | FedEx | 祥法 曾/Auspicio | FedEx International | 01/18/2020 | 777535137763 |
| Incorrect address- recipient moved | #24# | FedEx | Che Haixing | FedEx International | 01/18/2020 | 777535137660 |
| Refused | #43# | FedEx | OQ FASHION | FedEx International | 01/18/2020 | 777535137671 |
| Customer not available or business closed | #55# | FedEx | Liu juan | FedEx International | 01/18/2020 | 777535137969 |
| Refused | #20# | FedEx | WANG YADI | FedEx International | 01/18/2020 | 777535137741 |
| Incorrect address - Apartment/Suite number | #22# | FedEx | Mofa | FedEx International | 01/18/2020 | 777534863075 |
| Incorrect address | #51# | FedEx | Wei Long Zhao | FedEx 2Day® | 01/18/2020 | 777533827302 |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 3-229-24373 | Feb 04, 2020 | | 8 of 9 |

**Ship Date:** Jan 17, 2020     **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Temporary local disruption.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | | |
|---|---|---|---|
| Automation | WSXI | **Sender** | **Recipient** |
| Tracking ID | 777535145257 | VIAHART LLC | GOGOGU LIMIT / FULLSEXY |
| Service Type | International Priority | VIAHART.COM | GOGOGU LIMIT |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | SANXINGZHEN SHUANGYANCUN2ZU SH |
| Orig./Dest. | TYR/CTU | WILLS POINT TX 75169 US | SI CHUAN SHENG |
| Zone | N | | SHUANGLIU 610 200 CN |
| Packages | 1 | | |
| Rated Weight | 0.1 lbs | Transportation Charge | 70.25 |
| FedEx Use | _/US0010/_ | Discount | -54.40 |
| | | Fuel Surcharge | 1.43 |
| | | **Total Transportation Charges**     USD | **$17.28** |

**Ship Date:** Jan 17, 2020     **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Shipment refused by recipient.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | | |
|---|---|---|---|
| Automation | WSXI | **Sender** | **Recipient** |
| Tracking ID | 777535146551 | VIAHART LLC | YINFENGXU |
| Service Type | International Priority | VIAHART.COM | JINHUA MIKE |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | FENGTANG,FUCUN JINDONG JINHUA, |
| Orig./Dest. | TYR/YIW | WILLS POINT TX 75169 US | WUCHENG 321 000 CN |
| Zone | N | | |
| Packages | 1 | Transportation Charge | 70.25 |
| Rated Weight | 0.1 lbs | Discount | -54.40 |
| FedEx Use | _/US0010/_ | Fuel Surcharge | 1.43 |
| | | **Total Transportation Charges**     USD | **$17.28** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 3-229-24373 | Feb 04, 2020 | | 7 of 9 |

**Ship Date:** Jan 17, 2020    **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Temporary local disruption.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | WSXI | VIAHART LLC | LIANGLIANG COW/ | |
| Tracking ID | 777535141240 | VIAHART.COM | LYNL2010 | |
| Service Type | International Priority | 21504 I-20 ROAD | ROOM 1303, YUANHUA BUILDING, L | |
| Package Type | FedEx Envelope | WILLS POINT TX 75169 US | BAO'AN DISTRICT, GUANGDONG, SH | |
| Orig./Dest. | TYR/SZO | | SHENZHEN 518 109 CN | |
| Zone | N | | | |
| Packages | 1 | | | |
| Rated Weight | 0.1 lbs | Transportation Charge | | 70.25 |
| FedEx Use | _/US0010/_ | Discount | | -54.40 |
| | | Fuel Surcharge | | 1.43 |
| | | **Total Transportation Charges** | **USD** | **$17.28** |

**Ship Date:** Jan 17, 2020    **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Incorrect recipient address.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | WSXI | VIAHART LLC | EXCELLENTE | |
| Tracking ID | 777535141310 | VIAHART.COM | BEIJING WANPINGHUI NETWORK TEC | |
| Service Type | International Priority | 21504 I-20 ROAD | 201 TANGLI RD | |
| Package Type | FedEx Envelope | WILLS POINT TX 75169 US | CHAOYANG QU, BEIJING SHI | |
| Orig./Dest. | TYR/PEK | | BEIJING 100 012 CN | |
| Zone | N | | | |
| Packages | 1 | | | |
| Rated Weight | 0.1 lbs | Transportation Charge | | 70.25 |
| FedEx Use | _/US0010/_ | Discount | | -54.40 |
| | | Fuel Surcharge | | 1.43 |
| | | **Total Transportation Charges** | **USD** | **$17.28** |

**Ship Date:** Jan 17, 2020    **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Temporary local disruption.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | WSXI | VIAHART LLC | XIAOXIAOBING | |
| Tracking ID | 777535142865 | VIAHART.COM | BEST BESOKUSE | |
| Service Type | International Priority | 21504 I-20 ROAD | LIYUAN ROAD HUAXIA STORE | |
| Package Type | FedEx Envelope | WILLS POINT TX 75169 US | FUJIAN | |
| Orig./Dest. | TYR/INC | | PUTIAN 351 100 CN | |
| Zone | N | | | |
| Packages | 1 | | | |
| Rated Weight | 0.1 lbs | Transportation Charge | | 70.25 |
| FedEx Use | _/US0010/_ | Discount | | -54.40 |
| | | Fuel Surcharge | | 1.43 |
| | | **Total Transportation Charges** | **USD** | **$17.28** |

**Ship Date:** Jan 17, 2020    **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Shipment refused by recipient.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | WSXI | VIAHART LLC | JOYCE WANG | |
| Tracking ID | 777535143872 | VIAHART.COM | ZHEJIANG KASENG EDUCATIONAL TO | |
| Service Type | International Priority | 21504 I-20 ROAD | ZHENXI INDUSTRIAL ZONE, CAOZHA | |
| Package Type | FedEx Envelope | WILLS POINT TX 75169 US | JINHUA CITY,ZHEJIANG,CHINA | |
| Orig./Dest. | TYR/YIW | | JINHUA 321 000 CN | |
| Zone | N | | | |
| Packages | 1 | | | |
| Rated Weight | 0.1 lbs | Transportation Charge | | 70.25 |
| FedEx Use | _/US0010/_ | Discount | | -54.40 |
| | | Fuel Surcharge | | 1.43 |
| | | **Total Transportation Charges** | **USD** | **$17.28** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 3-229-24373 | Feb 04, 2020 | | 6 of 9 |

**Ship Date:** Jan 17, 2020  **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"  **Ref.#2:** 1/18/2020
**Payor:** Shipper  **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Temporary local disruption.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | | | |
|---|---|---|---|---|
| Automation | WSXI | **Sender** | **Recipient** | |
| Tracking ID | 777535140288 | VIAHART LLC | ZZQ-US | |
| Service Type | International Priority | VIAHART.COM | ZZQ-US | |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | 1206 YONGXIANGYUAN BLDG 49 | |
| Orig./Dest. | TYR/SYX | WILLS POINT TX  75169  US | SHENZHEN  518 131  CN | |
| Zone | N | | | |
| Packages | 1 | Transportation Charge | | 70.25 |
| Rated Weight | 0.1 lbs | Discount | | -54.40 |
| FedEx Use | _/US0010/_ | Fuel Surcharge | | 1.43 |
| | | Address Correction | | 17.00 |
| | | **Total Transportation Charges** | **USD** | **$34.28** |

**Ship Date:** Jan 17, 2020  **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Temporary local disruption.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | | | |
|---|---|---|---|---|
| Automation | WSXI | **Sender** | **Recipient** | |
| Tracking ID | 777535140715 | VIAHART LLC | YU TING CHEN | |
| Service Type | International Priority | VIAHART.COM | HAPPINESS LIFE 123 | |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | SHUN DE | |
| Orig./Dest. | TYR/BSD | WILLS POINT TX  75169  US | FOSHAN  528 300  CN | |
| Zone | N | | | |
| Packages | 1 | Transportation Charge | | 70.25 |
| Rated Weight | 0.1 lbs | Discount | | -54.40 |
| FedEx Use | _/US0010/_ | Fuel Surcharge | | 1.43 |
| | | Address Correction | | 17.00 |
| | | **Total Transportation Charges** | **USD** | **$34.28** |

**Ship Date:** Jan 17, 2020  **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Temporary local disruption.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.
Undeliverable Package.

| | | | | |
|---|---|---|---|---|
| Automation | WSXI | **Sender** | **Recipient** | |
| Tracking ID | 777535140781 | VIAHART LLC | BENJAMIN CHEN | |
| Service Type | International Priority | VIAHART.COM | ALOYA | |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | 27 ZHENGDONGZIBIAN 3401 HAOZIB | |
| Orig./Dest. | TYR/CAN | WILLS POINT TX  75169  US | XINGANGDONGLU 51 HAO GUANGZHOU | |
| Zone | N | | GUANGZHOU  510 700  CN | |
| Packages | 1 | | | |
| Rated Weight | 0.1 lbs | Transportation Charge | | 70.25 |
| Delivered | Jan 31, 2020 19:41 | Discount | | -54.40 |
| FedEx Use | _/US0010/14 | Fuel Surcharge | | 1.43 |
| | | **Total Transportation Charges** | **USD** | **$17.28** |

**Ship Date:** Jan 17, 2020  **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Temporary local disruption.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | | | |
|---|---|---|---|---|
| Automation | WSXI | **Sender** | **Recipient** | |
| Tracking ID | 777535141104 | VIAHART LLC | SUSAN | |
| Service Type | International Priority | VIAHART.COM | REACH IOT | |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | 1286 ROOM, THE EAST SIDE BUSIN | |
| Orig./Dest. | TYR/SYX | WILLS POINT TX  75169  US | LONG HUA NEW DISTRIC SHENZHEN, | |
| Zone | N | | SHENZHEN  518 131  CN | |
| Packages | 1 | | | |
| Rated Weight | 0.1 lbs | Transportation Charge | | 70.25 |
| FedEx Use | _/US0010/_ | Discount | | -54.40 |
| | | Fuel Surcharge | | 1.43 |
| | | **Total Transportation Charges** | **USD** | **$17.28** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 3-229-24373 | Feb 04, 2020 | | 5 of 9 |

**Ship Date:** Jan 17, 2020   **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Shipment refused by recipient.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | | |
|---|---|---|---|
| Automation | WSXI | **Sender** | **Recipient** |
| Tracking ID | 777535139273 | VIAHART LLC | YAN CHEN / |
| Service Type | International Priority | VIAHART.COM | HAPPINESS LOVE |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | WEST VILLAGE STREET LANG 95, R |
| Orig./Dest. | TYR/YIW | WILLS POINT TX 75169 US | ZHEJIANG |
| Zone | N | | YONGKANG 321 300 CN |
| Packages | 1 | | |
| Rated Weight | 0.1 lbs | Transportation Charge | 70.25 |
| FedEx Use | _/US0010/_ | Discount | -54.40 |
| | | Fuel Surcharge | 1.43 |
| | | **Total Transportation Charges**   USD | **$17.28** |

**Ship Date:** Jan 17, 2020   **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Temporary local disruption.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | | |
|---|---|---|---|
| Automation | WSXI | **Sender** | **Recipient** |
| Tracking ID | 777535139479 | VIAHART LLC | UNCLE PANDA |
| Service Type | International Priority | VIAHART.COM | SHENZHENSHI YISHITONGDA TRADE |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | 1ST PINGSHAN ROAD,XILI ROOM 40 |
| Orig./Dest. | TYR/SZX | WILLS POINT TX 75169 US | DAYUAN GONGYE QU, GUANGDONG |
| Zone | N | | SHENZHEN 518 048 CN |
| Packages | 1 | | |
| Rated Weight | 0.1 lbs | Transportation Charge | 70.25 |
| FedEx Use | _/US0010/_ | Discount | -54.40 |
| | | Fuel Surcharge | 1.43 |
| | | **Total Transportation Charges**   USD | **$17.28** |

**Ship Date:** Jan 17, 2020   **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Temporary local disruption.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | | |
|---|---|---|---|
| Automation | WSXI | **Sender** | **Recipient** |
| Tracking ID | 777535139582 | VIAHART LLC | ZHIPENG LIU |
| Service Type | International Priority | VIAHART.COM | RENDONG 148-TH LIUBANCUN, XIAM |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | FUJIAN |
| Orig./Dest. | TYR/ZHA | WILLS POINT TX 75169 US | ZHANGZHOU 363 000 CN |
| Zone | N | | |
| Packages | 1 | Transportation Charge | 70.25 |
| Rated Weight | 0.1 lbs | Discount | -54.40 |
| FedEx Use | _/US0010/_ | Fuel Surcharge | 1.43 |
| | | **Total Transportation Charges**   USD | **$17.28** |

**Ship Date:** Jan 17, 2020   **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Temporary local disruption.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | | |
|---|---|---|---|
| Automation | WSXI | **Sender** | **Recipient** |
| Tracking ID | 777535139880 | VIAHART LLC | XIANHU XU |
| Service Type | International Priority | VIAHART.COM | AGIRLGLE |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | GANZH STREET IN MINHOU COUNTY |
| Orig./Dest. | TYR/FOC | WILLS POINT TX 75169 US | BUILDING 9,HAOWANGXINTIANDI FU |
| Zone | N | | FUJIAN 350 002 CN |
| Packages | 1 | | |
| Rated Weight | 0.1 lbs | Transportation Charge | 70.25 |
| FedEx Use | _/US0010/_ | Discount | -54.40 |
| | | Fuel Surcharge | 1.43 |
| | | **Total Transportation Charges**   USD | **$17.28** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 3-229-24373 | Feb 04, 2020 | | 4 of 9 |

**Ship Date:** Jan 17, 2020  **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Temporary local disruption.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| Automation | WSXI | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 777535137763 | VIAHART LLC | /AUSPICIOUS LAW | |
| Service Type | International Priority | VIAHART.COM | NILUKE | |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | GUANGDONG SHENZHEN, INDUSTRIAL | |
| Orig./Dest. | TYR/SZX | WILLS POINT TX 75169 US | ZHEN YAN ROAD, 5TH FLOOR | |
| Zone | N | | SHENZON 518 048 CN | |
| Packages | 1 | | | |
| Rated Weight | 0.1 lbs | Transportation Charge | | 70.25 |
| FedEx Use | _/US0010/_ | Discount | | -54.40 |
| | | Fuel Surcharge | | 1.43 |
| | | **Total Transportation Charges** | **USD** | **$17.28** |

**Ship Date:** Jan 17, 2020  **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Temporary local disruption.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| Automation | WSXI | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 777535137969 | VIAHART LLC | LIU JUAN | |
| Service Type | International Priority | VIAHART.COM | FEENM | |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | FGH | |
| Orig./Dest. | TYR/SZX | WILLS POINT TX 75169 US | GUANGDONG 518 048 CN | |
| Zone | N | | | |
| Packages | 1 | Transportation Charge | | 70.25 |
| Rated Weight | 0.2 lbs | Discount | | -54.40 |
| FedEx Use | _/US0010/_ | Fuel Surcharge | | 1.43 |
| | | Address Correction | | 17.00 |
| | | **Total Transportation Charges** | **USD** | **$34.28** |

**Ship Date:** Jan 17, 2020  **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Temporary local disruption.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| Automation | WSXI | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 777535138509 | VIAHART LLC | U-LANER | |
| Service Type | International Priority | VIAHART.COM | U-LANER | |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | NANSHAN DISTRICT SHEKOU STREET | |
| Orig./Dest. | TYR/SZX | WILLS POINT TX 75169 US | OLD VILLAGE 6, LANE 4, NO. 3 6 | |
| Zone | N | | SHENZHEN 518 048 CN | |
| Packages | 1 | | | |
| Rated Weight | 0.1 lbs | Transportation Charge | | 70.25 |
| FedEx Use | _/US0010/_ | Discount | | -54.40 |
| | | Fuel Surcharge | | 1.43 |
| | | **Total Transportation Charges** | **USD** | **$17.28** |

**Ship Date:** Jan 17, 2020  **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Temporary local disruption.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| Automation | WSXI | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 777535139159 | VIAHART LLC | POKER | |
| Service Type | International Priority | VIAHART.COM | KOGMO | |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | SDFG | |
| Orig./Dest. | TYR/SZX | WILLS POINT TX 75169 US | GUANGDONG SHENG 518 047 CN | |
| Zone | N | | | |
| Packages | 1 | Transportation Charge | | 70.25 |
| Rated Weight | 0.1 lbs | Discount | | -54.40 |
| FedEx Use | _/US0010/_ | Fuel Surcharge | | 1.43 |
| | | Address Correction | | 17.00 |
| | | **Total Transportation Charges** | **USD** | **$34.28** |

| 3-229-24373 | Feb 04, 2020 | | 3 of 9 |

**Ship Date:** Jan 17, 2020     **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Temporary local disruption.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | | | |
|---|---|---|---|---|
| Automation | WSXI | **Sender** | **Recipient** | |
| Tracking ID | 777535137660 | VIAHART LLC | CHE HAIXING | |
| Service Type | International Priority | VIAHART.COM | HAIXINGLLC | |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | WEST 2ND FLR. 809 BLCK. SUNGAN | |
| Orig./Dest. | TYR/SXJ | WILLS POINT TX 75169 US | BAO'AN NORTH RD. SHENZHEN, GD | |
| Zone | N | | SHENZHEN 518 012 CN | |
| Packages | 1 | | | |
| Rated Weight | 0.1 lbs | Transportation Charge | | 70.25 |
| FedEx Use | _/US0010/_ | Discount | | -54.40 |
| | | Fuel Surcharge | | 1.43 |
| | | **Total Transportation Charges** | **USD** | **$17.28** |

**Ship Date:** Jan 17, 2020     **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Shipment refused by recipient.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | | | |
|---|---|---|---|---|
| Automation | WSXI | **Sender** | **Recipient** | |
| Tracking ID | 777535137671 | VIAHART LLC | OQ FASHION | |
| Service Type | International Priority | VIAHART.COM | YIWU OUQING E-COMMERCE CO., LT | |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | 102 QINGXIDONG ROAD | |
| Orig./Dest. | TYR/YIW | WILLS POINT TX 75169 US | YIWU, JINHUA | |
| Zone | N | | YIWU 322 000 CN | |
| Packages | 1 | | | |
| Rated Weight | 0.1 lbs | Transportation Charge | | 70.25 |
| FedEx Use | _/US0010/_ | Discount | | -54.40 |
| | | Fuel Surcharge | | 1.43 |
| | | **Total Transportation Charges** | **USD** | **$17.28** |

**Ship Date:** Jan 17, 2020     **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Shipment refused by recipient.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.
Undeliverable Package.

| | | | | |
|---|---|---|---|---|
| Automation | WSXI | **Sender** | **Recipient** | |
| Tracking ID | 777535137741 | VIAHART LLC | WANG YADI | |
| Service Type | International Priority | VIAHART.COM | AIBELY | |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | JIANSHEXILUBEICE, FUDALUNANCE, | |
| Orig./Dest. | TYR/SJW | WILLS POINT TX 75169 US | TAIHUAFUDAJINJIE,10-3HAO WUYIX | |
| Zone | N | | HEBEI 053 400 CN | |
| Packages | 1 | | | |
| Rated Weight | 0.1 lbs | Transportation Charge | | 70.25 |
| Delivered | Jan 31, 2020 10:44 | Discount | | -54.40 |
| FedEx Use | _/US0010/14 | Fuel Surcharge | | 5.03 |
| | | Extended Delivery Area | | 40.00 |
| | | **Total Transportation Charges** | **USD** | **$60.88** |

**Ship Date:** Jan 17, 2020     **Cust. Ref.:** BOX SIZE: 0" X 0" X 0"     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:** 1/18/2020

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Temporary local disruption.
Discount applied is the greater of volume discount or dropoff discount. No additional discount applies.

| | | | | |
|---|---|---|---|---|
| Automation | WSXI | **Sender** | **Recipient** | |
| Tracking ID | 777535137752 | VIAHART LLC | / FENQUAN QIU | |
| Service Type | International Priority | VIAHART.COM | GREENSHOP333 | |
| Package Type | FedEx Envelope | 21504 I-20 ROAD | DA YUAN INDUSTRY,PING SHAN VIL | |
| Orig./Dest. | TYR/SZX | WILLS POINT TX 75169 US | NAN SHAN DISTRICT SHEN ZHEN | |
| Zone | N | | SHENZHEN 518 048 CN | |
| Packages | 1 | | | |
| Rated Weight | 0.1 lbs | Transportation Charge | | 70.25 |
| FedEx Use | _/US0010/_ | Discount | | -54.40 |
| | | Fuel Surcharge | | 1.43 |
| | | **Total Transportation Charges** | **USD** | **$17.28** |

EXHIBIT C



**EXHIBIT C**



Case 6:18-cv-00604-RWS-KNM   Document 27-4   Filed 05/29/20   Page 10 of 11 PageID #: 510

EXHIBIT C



Mike Molson Hart <mike@viahart.com>

# FEDEX INTERNATIONAL TRACE

Israel Ordonez (OSV) <israel.ordonez.osv@fedex.com>    Tue, Jan 21, 2020 at 11:46 AM
To: "SUPPORT@VIAHART.COM" <SUPPORT@viahart.com>

HI, ALL

THE ADDRESS IS NOT DETAILED AND NO CONSIGNEE'S PHONE WRONG.,
SEARCH ALL METHODS(LOCAL PHONE DIRECTORY,
INTERNET,FEDEX SYSTEM), BUT COULDN'T LOCATE CONSIGNEE'S
PHONE NO. & ADDRESS, SO PLEASE ALSO CAN YOU PROVIDE
COMPLETED ADDRESS AND A PHONE NO.,WE HAVE 5 BUSINESS DAYS
FROM NOW ON TO WAIT FOR YOUR UPDATE. IF NO FUTURE INFORMATION
FROM SHIPPER BY 02-04-2020 THIS PACKAGE WILL BE RETURNED

CAN YO PLEASE HELP US TO GET ANOTHER PHONE# AND EMAIL ADDRESS FOR YOUR
COSTUMER AT THAT LOCATION
WE REALLY APPRECIATE

TRACKING #   777535139273
**THANK YOU**

Regards.

Israel O.
FedEx UPW



## FEDEX INTERNATIONAL TRACE

**Israel Ordonez (OSV)** <israel.ordonez.osv@fedex.com>  Tue, Jan 21, 2020 at 11:48 AM
To: "SUPPORT@VIAHART.COM" <SUPPORT@viahart.com>

HI, ALL
CAN YOU PLEASE HELP US TO GET INFORMATION ABOUT THIS SHIPMENT UNDER YOUR COMPANY NAME AND ACCOUNT

TRAKING#

777535137741

THE PKG IS LOCATED AT ODA
-SEARCHED ALL POSSIBLE METHODS
-CAN NOT FIND RECEIVER CONTACT INFORMATION
-NEED COSTUMER'S TEL# AND EMAIL FOR DELIVERY
-IF NO FURTHER INFO BY JAN 31 2020
PKG WILL RETURN TO SHIPPER UNDER SHIPPER'S EXPENSE

TRAKING#
777535139273

THE ADDRESS IS NOT DETAILED AND NO CONSIGNEE'S PHONE WRONG., SEARCH ALL METHODS(LOCAL PHONE DIRECTORY, INTERNET,FEDEX SYSTEM), BUT COULDN'T LOCATE CONSIGNEE'S PHONE NO. & ADDRESS, SO PLS TRY TO CONTACT WITH SHIPPER FOR THE COMPLETED ADDRESS AND A PHONE NO.,WE HAVE 5 BUSINESS DAYS FROM NOW ON TO WAIT FOR YOUR UPDATE. IF NO FUTURE INFORMATION FROM SHIPPER BY 02-04-2020 THIS PACKAGE WILL BE RETURNED TO SHIPPER AT SHIPPER'S EXPENSE.

TRACKING #
777535137671

THE ADDRESS IS NOT DETAILED AND NO CONSIGNEE'S PHONE WRONG., SEARCH ALL METHODS(LOCAL PHONE DIRECTORY, INTERNET,FEDEX SYSTEM), BUT COULDN'T LOCATE CONSIGNEE'S PHONE NO. & ADDRESS, SO PLS TRY TO CONTACT WITH SHIPPER FOR THE COMPLETED ADDRESS AND A PHONE NO.,WE HAVE 5 BUSINESS DAYS FROM NOW ON TO WAIT FOR YOUR UPDATE. IF NO FUTURE INFORMATION FROM SHIPPER BY 02-04-2020 THIS PACKAGE WILL BE RETURNED TO SHIPPER AT SHIPPER'S EXPENSE.

THANK YOU FOR THE ASSISTANCE
CALL US BACK # 1800 463 3339