**Mike Molson Hart** <mike@viahart.com>
to 491749025, Charles, James

Fri, May 1, 10:51 AM (3 days ago)

Your address is not the following which we got from Amazon?

We went to that address and found no one from your company.

9346 WILLIAMS GLEN CV GERMANTOWN, TN, 38139, US

Best,

Mike Molson Hart
President
Check Out Our Toys on Amazon.com!





PDF Affidavit of NonS...

**491749025**
to me, Charles, James

May 1, 2020, 11:17 AM (3 days ago)

Hello, we are a Chinese company and have not opened a branch in the US, so if you have any documents, please send them to the address mentioned in the previous email! In addition, we need to emphasize that we have not used your trademark anywhere, please verify!

发自我的iPhone

**EXHIBIT F**



Charles Wallace <cwallace@creedonpllc.com>

---

## I sued you in Texas | 我在德州起诉了你

**491749025** <491749025@qq.com>     Fri, May 1, 2020 at 9:09 AM
To: Mike Molson Hart <mike@viahart.com>
Cc: Charles Wallace <cwallace@creedonpllc.com>, James Creedon <jhcreedon@creedonpllc.com>

Hello, I received an email from your company today, we confirm that there is no infringement of your company's trademark, if your company has filed a lawsuit, please send a court summons or document to our company according to the regulations, we will give it after receipt Respond! Our office address is: Room 904, Building 2, City View, Yiwu City, Zhejiang Province, China, contact Hu Qibo, phone 8613615793219, thank you!

Company Name: Yiwu Baoduole Baby Products Co., Ltd.

发自我的iPhone

------------------ 原始邮件 ------------------

发件人: Mike Molson Hart <mike@viahart.com>
发送时间: 2020年5月1日 07:29
收件人: Mike Molson Hart <mike@viahart.com>
抄送: Charles Wallace <cwallace@creedonpllc.com>, James Creedon <jhcreedon@creedonpllc.com>
主题: 回复：I sued you in Texas | 我在德州起诉了你

[Quoted text hidden]



Mike Molson Hart <mike@viahart.com>

**Inquiry from Amazon customer VIAHART**

**Agirlgle - Amazon Marketplace** <0skcjvyz73x92wk@marketplace.amazon.com>
Reply-To: Agirlgle - Amazon Marketplace <0skcjvyz73x92wk@marketplace.amazon.com>
To: "mike@viahart.com" <mike@viahart.com>

Wed, Dec 5, 2018 at 9:53 PM



## Inquiry from Amazon customer VIAHART

Agirlgle - Amazon Marketplace <0skcjvyz73x92wk@marketplace.amazon.com>  Wed, Dec 5, 2018 at 11:13 PM
Reply-To: Agirlgle - Amazon Marketplace <0skcjvyz73x92wk@marketplace.amazon.com>
To: "mike@viahart.com" <mike@viahart.com>



You have received a message from the Amazon Seller - Agirlgle

**Message:**

   Maybe i use the word brain flake for mistake , but i remember only one month almost and this listing only sold a little orders, and i have delete the word now, i am really sorry about that 。
   I know you are the customer of Wenzhou Jiqi Import & Export Co., Ltd, and i know something , we have copperate with them more time than you , and we are good friend .This product is licensed for sale by him 。 i can provide any licensed evidence of this product you want if you need 。

I really hope you can forget this things consider for the cooperation of Wenzhou Jiqi Import & Export Co., Ltd,
thanks


Did this solve your problem?

