# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| VIAHART, LLC <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-54 <br><br> Defendants | Civil Action No. 6:18-cv-00604 <br><br> Judge: Hon. Robert W. Schroeder, III <br><br> Magistrate: Hon. K. Nicole Mitchell |

## Notice of Voluntary Dismissal

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Viahart, LLC ("Viahart") voluntarily dismisses, with prejudice, its claims against the following defendants:

- DOE 12: Valeriy Shershnyov, (Amazon Merchant ID A18VWAUVNOAE1), alteroxity@gmail.com

- DOE 29: Vinvin Zhu, (AliExpress Merchant ID A3IOKUU6GOY6GO), zhuqunyun153@126.com

- DOE 55: Liu Juan, (Amazon Merchant ID AB7DGX0ESP337), funey@foxmail.com

Dated: August 10, 2020

Respectfully Submitted,

**CREEDON PLLC**

By: */s/ Charles A. Wallace*
James H. Creedon
Texas Bar No. 24092299
Charles A. Wallace
Texas Bar No. 24110501
3001 Dallas Parkway, Suite 570
Frisco, TX 75034
Tel.   972.850.6864
Fax   972.920.3290
jhcreedon@creedonpllc.com
cwallace@creedonpllc.com

**ATTORNEYS FOR PLAINTIFF
VIAHART, LLC**

## CERTIFICATE OF SERVICE

I certify that on August 10, 2020, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

*/s/ Charles A. Wallace*
Charles A. Wallace

2