**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| VIAHART, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 6:18-CV-604-RWS-KNM |
| | § | |
| DOES 1–54, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is Plaintiff Viahart, LLC's Notice of Voluntary Dismissal, filed on February 23, 2021. Docket No. 53. In this notice, Plaintiff voluntarily dismisses the following defendants with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i):

- DOE 9: Barron Liu, (Amazon Merchant ID A3J80Y0PWCN0BE), admin@favtoyisland.com; and

- DOE 14: Zhou Aixia, (Amazon Merchant ID A74ML93UP6MZS), zhouaixia@yahoo.com and ywbj17046885441@163.com.

Having considered the filing, the Court hereby **DISMISSES WITH PREJUDICE** all claims against the two defendants listed above.

**SIGNED this 26th day of February, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

1