# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

VIAHART, LLC, §
§
§
Plaintiff, §
§
§   CIVIL ACTION NO.  6:18-CV-00604-RWS
v. §
§
DOES 1-54, §
§
§
§
Defendants. §

## ORDER

Before the Court is Plaintiff Viahart, LLC's Motion to Enter an Order of Relief from Final Judgment Under Federal Rule of Civil Procedure 60(b)(5).  Docket No. 77.  Rule 60(b)(5) permits a court, "[o]n motion and just terms," to release a party from a final judgment if the judgment has been satisfied, released or discharged.  FED. R. CIV. P. 60(b)(5).  Motions brought on this basis are rare; and as a result, there is "little applicable precedent interpreting this clause" of the rule.  *Frew v. Janek*, 780 F.3d 320, 327 (5th Cir. 2015).  Courts construing Rule 60(b) should, however, do so "liberally to do substantial justice."  *Id.*  (quoting *Johnson Waste Materials v. Marshall*, 611 F.2d 593, 600 (5th Cir. 1980)).

Here, Plaintiff requests that the Court release Defaulting Defendant Doe 42 (Shenzhenshi Yishitongda Trade Co., Ltd.; Joom Merchant ID Uncle Panda; 389432637@qq.com) solely from the monetary obligations of the Court's Final Judgment (Docket No. 58) based on a post-judgment settlement.  Docket No. 77.  Plaintiff represents that such release is appropriate under Rule 60(b)(5) because Defendant Doe 42 "paid Plaintiff a settlement figure, and Plaintiff now considers the monetary aspects of the judgment to be settled and released."  *Id.*  The Court agrees.  Plaintiff does not request release of Defendant Doe 42 from the Court's Permanent Injunction (Docket No. 58).

*Id.*  Plaintiff does, however, request that the Court dismiss Plaintiff's claims against Defendant Doe 42 with prejudice.  *Id.*  Accordingly, it is

**ORDERED** that Plaintiff's Motion to Enter an Order of Relief from Final Judgment (Docket No. 77) is **GRANTED**.  Defendant Doe 42 (Shenzhenshi Yishitongda Trade Co., Ltd.; Joom Merchant ID Uncle Panda; 389432637@qq.com) is hereby **RELEASED** from the Court's monetary judgment entered on February 26, 2021 (Docket No. 58).  Defendant Doe 42 is, however, still subject to the permanent injunction as previously entered (Docket No. 58).  It is further

**ORDERED** that Plaintiff's claims against Defendant Doe 42 are hereby **DISMISSED WITH PREJUDICE**.  It is further

**ORDERED** that the case between Plaintiff and Defendant Doe 42 (Shenzhenshi Yishitongda Trade Co., Ltd., Joom Merchant ID Uncle Panda, 389432637@qq.com) is **SEVERED** from Civil Action No. 6:18-cv-00604-RWS-KNM into a separate case number.  The Clerk of Court is **ORDERED** to open a new case number and enter this Order therein.

**So ORDERED and SIGNED this 12th day of September, 2022.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE